IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT POPE, MICHELE NICHOLSON, ANN THRELKELD, and VERTONIA JARRETT, *Individually and on behalf of others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN & BRUNAVS, ATTORNEYS AT LAW, A PROFESSIONAL ASSOCIATION; PHILIP L. MARTIN, P.C.; G. ALFRED BRUNAVS, P.C.; PHILIP L. MARTIN; G. ALFRED BRUNAVS; and WYSHONIA SHAW<br><br>Defendants. | CIVIL NO. 1:12-cv-01307-RWS |

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

Plaintiffs Robert Pope, Michele Nicholson, Ann Threlkeld, and Vertonia Jarrett and Opt-In Plaintiff Monica Stevens (collectively, "Plaintiffs") and Defendants Martin & Brunavs, Attorneys At Law, A Professional Association; Philip L. Martin, P.C.; G. Alfred Brunavs, P.C.; Philip L. Martin; G. Alfred

Brunavs; and Wyshonia Shaw filed a Joint Motion for Approval of Settlement Agreements.

Having reviewed the settlement agreement, this Court finds that it is a reasonable settlement of the Plaintiffs' claims under the Fair Labor Standards Act.

The Parties' Motion is, therefore, **GRANTED**.

IT IS HEREBY ORDERED that the settlement agreements are approved and this action is dismissed WITH PREJUDICE, except that the Court expressly retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994). The parties shall bear their own costs.

**SO ORDERED** this the 9th day of Jan., 2013.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE